**RECEIVED**

SEP 0 9 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:25-cr-066 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| NOAH XSAVIER GARCIA, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2253 |
| | ) | T. 18 U.S.C. § 2422(b) |
| | ) | T. 18 U.S.C. § 2428 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Sexual Exploitation of a Child)

From in or about April 2024, and continuing until in or about August 2024, in the Southern District of Iowa, the defendant, NOAH XSAVIER GARCIA, did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce and in and affecting interstate and foreign commerce.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

1

ECF #2

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Attempted Sexual Exploitation of a Child)**

From on or about May 27, 2024, and continuing to on or about July 13, 2024, in the Southern District of Iowa, the defendant, NOAH XSAVIER GARCIA, did attempt to employ, use, persuade, induce, and entice a minor, Minor Victim #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction would be transported and transmitted using any means and facility of interstate or foreign commerce and in and affecting foreign commerce.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

2

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Attempted Enticement of a Minor)

On or about April 30, 2025, to on or about May 9, 2025, in the Southern District of Iowa and elsewhere, the defendant, NOAH XSAVIER GARCIA, using any facility and means of interstate and foreign commerce, namely: internet-based communications, knowingly attempted to persuade, induce, entice, and coerce Person #1, who the defendant believed to have not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely: Sexual Abuse in the Third Degree, in violation of Iowa Code Section 709.4.

This is a violation of Title 18, United States Code, Section 2422(b).

3

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, NOAH XSAVIER GARCIA, shall forfeit to the United States the defendant's interest in the following property:

a.  Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to, a black iPhone A1660.

This is pursuant to Title 18, United States Code, Section 2253.

4

**THE GRAND JURY FURTHER FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Count 3 of this Indictment, the defendant, NOAH XSAVIER GARCIA, shall forfeit to the United States the defendant's interest in the following property:

a.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a black iPhone A1660.

b.    Any and all proceeds that were obtained, directly or indirectly, as a result of such violation.

This is pursuant to Title 18, United States Code, Section 2428.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Matthew A. Stone
Assistant United States Attorney

ECF #2