IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 3:25-cr-00066-SMR-SBJ |
| Plaintiff, | ) | |
| | ) | ORDER ACCEPTING |
| vs. | ) | MAGISTRATE JUDGE'S REPORT |
| | ) | AND RECOMMENDATION |
| | ) | REGARDING DEFENDANT'S |
| NOAH XSAVIER GARCIA, | ) | GUILTY PLEA |
| | ) | |
| Defendant. | ) | |

## I.  INTRODUCTION AND BACKGROUND

On September 9, 2025, an Indictment was returned against Defendant Noah Xsavier Garcia, charging him in Count 1 with sexual exploitation of a child, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).  Count 2 charged the Defendant with attempted sexual exploitation of a child, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).  Count 3 charged the Defendant with attempted enticement of a minor, in violation of Title 18, United States Code, Section 2422(b).

On May 27, 2026, Defendant appeared before United States Magistrate Chief Judge Stephen B. Jackson, Jr. and entered a plea of guilty to Counts 2 and 3 of the Indictment.  On this same date, Chief Judge Jackson filed a Report and Recommendation in which he recommends that Defendant's guilty plea be accepted; and he further determines the United States of America had established the requisite nexus between the offense and the property it seeks in forfeiture.  No objections to Chief Judge Jackson's Report and Recommendation were filed.  The Court, therefore, undertakes the necessary review of Chief Judge Jackson's recommendation to accept Defendant's plea in this case.

## I.  ANALYSIS

Pursuant to statute, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.  A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1).  In this case, no objections have been filed, and it appears to the Court upon review of Chief Judge Jackson's findings and conclusions, that there is no ground to reject or modify them.  Therefore, the Court **accepts** Chief Judge Jackson's Report and Recommendation of May 27, 2026 [ECF No. 42], and accepts Defendant's plea of guilty in this case to Counts 2 and 3 of the Indictment.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2026.

STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA